IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEL LOPEZ,

    Petitioner,

v.

WARDEN C. HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-577-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for writ of habeas corpus for petitioner's failure to exhaust his administrative remedies.

_____       OCT 1 3 2009
Peter Oppeneer, Clerk of Court      Date